# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | Case No. 2:21-mj-0428-NJK |
| | **ORDER TO UNSEAL** |
| PREMISES LOCATED AT 7928 ODYSSEUS AVENUE, LAS VEGAS, COUNTY OF CLARK, STATE OF NEVADA | |
| IN THE MATTER OF THE SEARCH OF: | Case No. 2:21-mj-0429-NJK |
| | **ORDER TO UNSEAL** |
| 2014 WHITE CADILLAC SUV WITH CALIFORNIA LICENSE PLATE #8LSW009 AND VIN #3GYFNCE37ES630365 | |

Based upon the Motion of the Government, and good cause appearing, the Court orders that the above captioned matters and all documents filed therein are unsealed.

DATED: November 4, 2021
_____

IT IS SO ORDERED:

_____
THE HONORABLE NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE